UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LAUSTEVEION JOHNSON,<br><br>　　　　　　　　　　Plaintiff,<br>v.<br>HOLLINGSWORTH, *et al.*,<br><br>　　　　　　　　　　Defendants. | Case No. 2:17-cv-02500-JCM-NJK<br><br>ORDER |

According to the inmate database for the Nevada Department of Corrections, Plaintiff is no longer incarcerated at High Desert State Prison. Plaintiff has not filed an updated address notification with the Court informing the Court of his current address. *See* Docket. Pursuant to Local Rule IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court."

This Court grants Plaintiff until June 12, 2020 to file his updated address with this Court. If Plaintiff fails to comply with this order, the Court will dismiss this action without prejudice.

　　IT IS SO ORDERED.

　　DATED: May 13, 2020.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE