UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| LAUSTEVEION JOHNSON, | Case No. 2:17-cv-02500-JCM-NJK |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| HOLLINGSWORTH, *et al.*, | |
| Defendants. | |

Presently before the court is defendants' motion for an extension of time to file a reply in support of their motion for summary judgment. (ECF No. 30). With good cause appearing, the request is GRANTED. Fed. R. Civ. P. 6(b)(1). Defendants shall have until April 12, 2021 to file a reply.

IT IS SO ORDERED.

DATED March 31, 2021.

*[signature]*
UNITED STATES DISTRICT JUDGE

1